DICKINSON WRIGHT PLLC
FRANK A. HAMIDI (MI Bar No. P57713, appearing pro hac vice)
fhamidi@dickinsonwright.com
500 Woodward, Suite 4000
Detroit, MI 48226
Telephone: (313) 223-3500
Facsimile: (313) 223-3598

HANSON BRIDGETT LLP
PATRICK M. GLENN, SBN 141604
pglenn@hansonbridgett.com
JANE M. FEDDES, SBN 282117
jfeddes@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiffs
VEHMA INTERNATIONAL OF AMERICA,
INC., and SONORA FORMING, S.A. de C.V.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEHMA INTERNATIONAL OF AMERICA, INC. and SONORA FORMING, S.A.de C.V.<br><br>Plaintiffs,<br><br>v.<br><br>SKYLINE SOLAR, INC.,<br><br>Defendant. | CASE NO. CV-12-1963 EJD<br><br>**JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND [~~XXXXXXX~~] [PROPOSED] ORDER**<br><br>Judge:   Hon. Edward J. Davilla |

WHEREAS, pursuant to the Court's order of May 31, 2012, Plaintiffs Vehma International of America, Inc. and Sonora Forming, S.A. de C.V. ("Plaintiffs") and Defendant Skyline Solar, Inc. ("Defendant") (collectively, the "Parties") are calendared to submit a Joint Case Management Conference Order on September 14, 2012 and to appear for an Initial Case Management

1   Conference ("CMC") on September 21, 2012 (Dkt. 14);

2   WHEREAS, the Parties have engaged in settlement discussions and reached a settlement
3   agreement, the terms of which the Parties are currently finalizing.  The Parties will either file a
4   stipulation to dismiss the case with prejudice or a consent judgment by October 31, 2012;

5   WHEREAS, for the reasons of judicial economy, there is good cause to extend the Parties'
6   submissions of the Joint Case Management Conference Order and the Case Management
7   Conference by 49 days September 14, 2012 and September 21, 2012, respectively, to November 2,
8   2012 and November 9, 2012, respectfully, as set forth in the attached declaration of Frank A.
9   Hamidi;

10   WHEREAS, there have been no previous extensions requested by the Parties in this case;

11   NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby
12   stipulate and agree as follows, and respectfully ask the Court to adopt and enter this stipulation as
13   its Order:

14   Submission of the Parties' Joint Case Management Conference Order is now due
15   November 2, 2012 and the Case Management Conference is rescheduled for 10:00 a.m. on
16   November 9, 2012, or as soon thereafter as the matter may be heard, and all associated deadlines
17   shall be in accordance with FRCP 26(f) and (d), ADR Local Rule 3-5, Civil L.R. 16 and the
18   Court's Standing Orders.

19   This stipulation is presented pursuant to Local Rules 6-1(b) and 6-2(a).

20   **IT IS SO STIPULATED** between the parties.

21   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
22   "conformed" signature (/S/) within this e-filed document.

23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28

1
2  DATED: September 17, 2012                    DICKINSON WRIGHT PLLC
3
4                                               By:     /s/ Frank A. Hamidi
                                                    FRANK A. HAMIDI
5                                                   Attorney for Plaintiffs VEHMA
                                                    INTERNATIONAL OF AMERICA, INC. and
6                                                   SONORA FORMING, S.A. de C.V.
7
8  DATED: September 17, 2012                    HANSON BRIDGETT LLP
9
10                                              By:     /s/ Jane M. Feddes
                                                    PATRICK M. GLENN
11                                                  JANE M. FEDDES
                                                    Attorney for Plaintiffs VEHMA
12                                                  INTERNATIONAL OF AMERICA, INC. and
13                                                  SONORA FORMING, S.A. de C.V.
14
15 DATED: September 17, 2012                    ORRICK, HERRINGTON & SUTCLIFFE LLP
16
17                                              By:     /s/ Jeffery D. Hermann
18                                                  FREDERICK D. HOLDEN, JR
                                                    JEFFERY D. HERMANN
19                                                  Attorneys for Defendant SKYLINE SOLAR, INC.
20
21 IT IS SO ORDERED.
22 Dated:     September 17, 2012                 _____
23                                               THE HONORABLE EDWARD J. DAVILLA
24
25
26
27
28